UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20069-CR-ALTONAGA/Torres

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ADRIANA PEREZ DE ALEJO**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant's Written Objections to Magistrate Judge's Report and Recommendation Denying Motion to Suppress Post-Arrest Statements [ECF No. 161], filed on October 8, 2021. Having reviewed the Report and Recommendation [ECF No. 154], the transcript of the suppression hearing (*see* [ECF No. 161-2]), and the entire record; and having made a *de novo* determination[1] with respect to those portions of the Report to which Defendant has formally objected, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation on Defendant's Motion to Suppress Statements **[ECF No. 154]** is **ADOPTED** in its entirety, and the Objections [ECF No. 161] are **OVERRULED**. Defendant's Motion to Suppress Post-Arrest Statement[s] **[ECF No. 119]** is **DENIED**.

---

[1] "The Court need not do over every step done by a magistrate judge on which there was some objection. *De novo* review means review without any deference; it does not mean that a district judge must redo the case without consideration of what the magistrate judge has written." *DeJonge v. Burton*, No. 1:16-cv-980, 2018 WL 4929756, at *1 (W.D. Mich. Oct. 11, 2018) (quotation marks and citation omitted).

CASE NO. 21-20069-CR-ALTONAGA/Torres

**DONE AND ORDERED** in Miami, Florida, this 12th day of October, 2021.

                                                               **CECILIA M. ALTONAGA**
                                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record